# APPENDIX C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIÓN FENOSA GAS, S.A.,

                    Plaintiff,

          - and -

ARAB REPUBLIC OF EGYPT; THE BANK OF
NEW YORK MELLON CORPORATION; AND
THE BANK OF NEW YORK MELLON SA/NV,
LUXEMBOURG BRANCH,

                    Defendants.

**20 CV 9160**

Civ. No. 20-_____

**[PROPOSED] ORDER**

## [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE UNDER SEAL

The Court has considered Plaintiff Unión Fenosa Gas, S.A.'s ("UFG") motion requesting

permission:

*[handwritten: for a period of 72]*

(i)     to file its Complaint and the exhibits thereto under seal, subject to review by

        Judge P. Kevin Castel (or any other judge assigned to this action) ~~after Judge~~

        ~~Castel's determination of UFG's motion for relief from a Stipulation and Order~~

        ~~for the Production and Exchange of Confidential Information ("Protective Order")~~

        ~~in related proceedings brought by Plaintiff under 28 U.S.C. § 1782 (the "§ 1782~~

        ~~Proceedings); and~~

(ii)    to file a redacted version of its Complaint, together with all other case-initiating

        documents (except the exhibits to the Complaint), on the public docket.

The Court finds that Plaintiff's motion should be granted.

**IT IS HEREBY ORDERED** that Plaintiff be allowed: (i) to file its Complaint and the

exhibits thereto under seal, subject to review by the judge assigned to this action after Judge

*[handwritten: Just to be clear: you can file under seal. The seal will expire in 72 hours. Between now and then the assigned judge will decide whether to extend the seal or not.]*

Castel's determination of UFG's motion for relief from the Protective Order in the § 1782 Proceedings; and (ii) to file a redacted version of its Complaint, together with all other case-initiating documents (except the exhibits to the Complaint), on the public docket.

Dated: New York, New York

November 2, 2020

_____

United States District Judge (Part I)