UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNIÓN FENOSA GAS, S.A.,

                Plaintiff,

   -against-

ARAB REPUBLIC OF EGYPT; THE BANK OF
NEW YORK MELLON CORPORATION; AND
THE BANK OF NEW YORK MELLON SA/NV,
LUXEMBOURG BRANCH,

                Defendants.
------------------------------------ x

ORDER

20 Civ. 9160 (GBD)



## ORDER PERMITTING INTERVENTION BY NON-PARTY MOHAMED BAHGAT AND UNSEALING THE ORIGINAL COMPLAINT AND EXHIBITS

GEORGE B. DANIELS, District Judge:

This matter having come before this Court on a Motion to Intervene and an Application to Unseal Documents by Non-Party Mohamed Abdel Raouf Bahgat ("Bahgat") filed on July 6, 2021 (the "Motion"), (ECF No. 20); and

Defendant The Bank of New York Mellon ("BNYM") having stated that it "takes no position" on the Motion, (ECF No. 31); and

Plaintiff Unión Fenosa Gas, S.A. having stated that it "expresses no position" on the Motion, (ECF No. 35); and

For the reasons in the Memorandum of Law in Support of the Motion to Intervene and Application to Unseal Documents, (ECF 32), and for good cause shown, it is hereby;

**ORDERED** that Bahgat's motion to intervene for the purpose of unsealing the documents that are the focus of the Motion is GRANTED;

**ORDERED** that Bahgat's application to unseal the original Complaint in this action, including the exhibits attached thereto, is GRANTED; and

**ORDERED** that The Clerk of Court shall take all steps necessary to ensure that the original unsealed Complaint, including the exhibits attached thereto, is available to Bahgat.

The Clerk of Court is directed to close the Motion, (ECF No. 20), accordingly.

Dated: October 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge